IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

JOHN SANCHEZ,
    Plaintiff,

05 OCT -4 PM 3: 47

No: CIV-05-818 JC/RHS

CLERK-ALBUQUERQUE

v.

PATENT CONSTRUCTION SYSTEMS -
HARSCO CORPORATION,
    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of Plaintiff's Initial Disclosure Statement, along with this Certificate of Service, were served to Defendant by U.S. Mail postage prepaid this __4th__ day of October, 2005, through its counsel:

Gregory D. Steinman
Marisol C. Garcia
Madison, Harbour, Mroz & Brennan
P. O. Box 25467
Albuquerque, NM 87125
    Attorney For: Patent Construction Systems-Harsco Corporation

CARPENTER & STOUT, LTD.
1600 University Blvd., NE, Suite A
Albuquerque, NM 87102
(505) 243-1336

By: _____
William H. Carpenter
David J. Stout

-and-

Donald D. Vigil
Donald D. Vigil, P.A.
100 Fourteenth Street SW, Suite A
Albuquerque, NM 87104-1467
(505) 247-2020